# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WARREN S. EVANS, | : | No. 16 EM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PHILADELPHIA COURT OF COMMON PLEAS, AND THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of June, 2022, to the extent the "Petition for Review in the Nature of Mandamus" seeks relief against the Court of Common Pleas of Philadelphia County, the Petition is DENIED. To the extent the "Petition for Review in the Nature of Mandamus" seeks relief against the Department of Corrections, the Petition is DISMISSED.